UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
**DONNA L. FRIEDEBERG,**

                 **Plaintiff,**

                 **1:24-cv-09774 (ALC)**

        **-against-**

                 **ORDER OF DISMISSAL**

**G.E. CORPORATION,**

                 **Defendant.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

By order dated May 14, 2025, Chief Judge Laura Taylor Swain directed Plaintiff to file a signed signature page of the complaint within thirty days. *See* ECF No. 5. That order specified that failure to comply would result in dismissal of the complaint. To date Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Clerk of Court is respectfully directed to enter judgment in this case.

**SO ORDERED.**

Dated:   **June 23, 2025**
            **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**